UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| JUDY MICHELLE FOSTER. | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | CASE NO.: 12-74591-MGD |
| _____ | ) | |
| | ) | |
| JUDY MICHELLE FOSTER, | ) | |
| | ) | |
| MOVANT. | ) | |
| VS. | ) | CONTESTED MATTER |
| | ) | |
| HOMEWARD RESIDENTIAL INC. ON BEHALF | ) | |
| OF U.S. BANK NATIONAL ASSOCIATION | ) | |
| AS TRUSTEE FOR TBW MORTGAGE | ) | |
| BACKED TRUST SERIES 2006-5, MORTGAGE | ) | |
| PASS THOUGH CERTIFICATES SERIES 2006-5 | ) | |
| | ) | |
| RESPONDENT. | ) | |

**DEBTOR'S OBJECTION TO CLAIM NO. 2-1 FILED BY
HOMEWARD RESIDENTIAL, INC., ON BEHALF OF U.S. BANK NATIONAL
ASSOCIATION AS TRUSTEE FOR TBW MORTGAGE BACKED TRUST SERIES
2006-5, MORTGAGE PASS THOUGH CERTIFICATES, SERIES 2006-5**

COMES NOW, Debtor, Judy Michelle Foster (hereinafter Debtor), by and through counsel and files this Objection to Allowance of Claim number 2-1 as filed by alleged Creditor, HOMEWARD RESIDENTIAL INC. ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TBW MORTGAGE BACKED TRUST SERIES 2006-5, MORTGAGE PASS THOUGH CERTIFICATES, SERIES 2006-5, ( hereinafter "Trust") pursuant to  Bankruptcy Rule 3007,  and hereby files  the following objections:

**STATEMENT OF FACTS/PROCEDURAL HISTORY**

1.

This case was commenced by the filing of a petition with the clerk of this court in the Atlanta Division on October 1, 2012.

2.

On August 8, 2006 Debtor executed an adjustable rate Promissory Note and Security Deed in the amount of $150,550.00 with Buckhead Mortgage Associates, Inc.

3.

The Debtor listed a debt and named "Buckhead Mortgage Associates, Inc." as a creditor on Schedule D of her petition, indicating the same as being disputed.

4.

On October 31, 2012 Homeward Residential Inc. File proof of claim 2-1 on behalf of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TBW MORTGAGE BACKED TRUST SERIES 2006-5, MORTGAGE PASS THOUGH CERTIFICATES, SERIES 2006-5 the purported secured creditor.

5.

The 341 (a) meeting of the creditors was held on November 9, 2012.  No creditors appeared.

6.

The Chapter 13 Plan was filed on October 8, 2012.

## OBJECTIONS

**Objection 1**:  The debtor does not believe that Homeward Residential Inc. on behalf of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TBW MORTGAGE BACKED TRUST SERIES 2006-5, MORTGAGE PASS THOUGH CERTIFICATES, SERIES 2006-5 (hereinafter "Trust") has a valid security interest or any interest in her loan.

7. Proof of claim 2-1 filed by Trust purport that the debtor owes Trust the total sum of $154.614.27 on a secured claim, with a purported arrearage owing $16, 266.53.
8. Attached to the Proof of claim is a promissory note and a security deed.
9. Neither document shows an ownership interest by the Trust.

**Objection 2**: The arrearage amount of claim of $16,266.53 is inaccurate.  .

1. The loan payment included escrow payments yet the proof of claim is asking for full mortgage payments and escrow shortages, which is a double dip.
2. A valid and complete payment history or escrow analysis is not attached to the Proof of Claim to prove its authenticity.
3. There are no documents attached to prove the authenticity of the charges and fees accrued.

## In Summary:

This entity is misrepresenting themselves, misleading this court, and is attempting to perpetrate a fraud not only against the Debtor, Judy M. Foster, but also the True Creditor to whom the debt is actually owed if there is one.

This Proof of Claim filed by this entity has violated F.R.B.P. Rule 3001, (a),(b)(c)&(d); and needless to say, many more.

**WHEREFORE**, the Debtor objects to Claim number 2-1, as filed by the alleged Creditor and respectfully requests this court:

(a) Deny the claim in its entirety and or in the alternative
(b) Set an Evidentiary hearing on this matter
(c) Provide that Defendant pay Debtor's attorney's fees.


Respectfully submitted this 7th day of December, 2012


Respectfully Submitted,


_____/s/__Latrice L. Latin, Esq._____
**Latrice L. Latin**, Attorney for Debtor
Georgia Bar No. 116907
The Latin Law Group, LLC
Suite 330-237
1425 Market Boulevard
Roswell, GA 30076
(678) 890-5868
Fax : (678) 853-2405
Email: llatin@latinlawgroupllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| JUDY MICHELLE FOSTER. | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | CASE NO.: 12-74591-MGD |
| _____ | ) | |
| | ) | |
| JUDY MICHELLE FOSTER, | ) | |
| | ) | |
| MOVANT. | ) | |
| VS. | ) | CONTESTED MATTER |
| | ) | |
| HOMEWARD RESIDENTIAL INC. ON BEHALF | ) | |
| OF U.S. BANK NATIONAL ASSOCIATION | ) | |
| AS TRUSTEE FOR TBW MORTGAGE | ) | |
| BACKED TRUST SERIES 2006-5, MORTGAGE | ) | |
| PASS THOUGH CERTIFICATES SERIES 2006-5 | ) | |
| | ) | |
| RESPONDENT. | ) | |

## CERTIFICATE OF SERVICE

I, Latrice L. Latin, certify that I am more than 18 years of age and not a party to the matter concerning which service of process was made. I further certify under penalty of perjury that I served the following parties a copy of this "Objection to Claim 2-1" by placing true and correct copies of same via Certified US Mail- Return Receipt Requested with adequate postage affixed to insure delivery, addressed to:

| **CHAPTER 13 TRUSTEE** | **UNITED STATES TRUSTEE** | **DEBTOR** |
|---|---|---|
| Mary Ida Townson | Office of the | Judy Michelle Foster |
| Chapter 13 Trustee | United States Trustee | 226 Penny Lane |
| Suite 2200 | 362 Richard Russell Building | McDonough, GA 30253 |
| 191 Peachtree Street, NE | 75 Spring Street, SW | |
| Atlanta, GA 30303-1740 | Atlanta, GA 30303 | |

**RESPONDENT**
Homeward Residential Inc.
Bankruptcy Department
1525 S Beltline Rd,
Suite 100-N
Coppell, TX 75019

Keena N. Nemark
Authorized Agent for
Homeward Residential, Inc.
Brice, Vander Linden &
Wernick, PC
P. O. Box 829009
Dallas, TX 75382-9909

Homeward Residential, Inc.
PO Box 631730
Irving, TX 75063-1730

US Bank National Association
(FDIC #: 6548)
425 Walnut Street
Cincinnati, OH 45202

Dated: Friday, December 07, 2012

_____/s/__Latrice L. Latin, Esq._____
**Latrice L. Latin**, Attorney for Debtor
Georgia Bar No. 116907
The Latin Law Group, LLC